6 A.3d 499

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Gerald GARZONE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 14, 2010.

*ORDER*

PER CURIAM.

**AND NOW**, this 14th day of October 2010, the Petition for Allowance of Appeal is **GRANTED**. The issue, as phrased by Petitioner, is:

Did the Superior Court err in removing the cost of employing county detectives and assistant district attorneys from the trial court's discretion to impose prosecution expenses on a convicted offender?

The Petition of Respondent Gerald Garzone seeking consolidation of his action with that of his brother and Co–Respondent, Louis Garzone, is also **GRANTED**.